```
Court Name: District Court
Division: 3
Receipt Number: 333043386
Cashier ID: gangeli
Transaction Date: 03/19/2015
Payer Name: DAVID J. CATANZARO
-----------------------------------
CIVIL FILING FEE
 For: DAVID J. CATANZARO
 Case/Party: D-PAM-3-15-CV-000554-001
 Amount:         $400.00
CIVIL FILING FEE
 For: DAVID J. CATANZARO
 Case/Party: D-PAM-3-15-CV-000555-001
 Amount:         $400.00
CIVIL FILING FEE
 For: DAVID J. CATANZARO
 Case/Party: D-PAM-3-15-CV-000556-001
 Amount:         $400.00
-----------------------------------
CREDIT CARD
 Amt Tendered: $1,200.00
-----------------------------------
Total Due:      $1,200.00
Total Tendered: $1,200.00
Change Amt:     $0.00


Only when bank clears the check or
verifies credit of funds is the fee
or debit officially paid or
discharged. A $53.00 fee will be
charged for returned checks.
```