# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| DAVID J. CATANZARO,<br><br>**PLAINTIFF**<br><br>v.<br><br>CANDYRIFIC, LLC, WAL-MART STORES, INC., TARGET CORPORATION, TOYS "R" US, INC., KMART CORPORATION, WALGREENS, CO.; and DOES 1 THROUGH 50<br><br>**DEFENDANTS.** | CIVIL ACTION NO. 3:15-CV-554<br><br>JUDGE MANNION |

## ORDER

And NOW THIS _____ day of _____, 2015, upon consideration of the Motion to Dismiss or, in the alternative, Motion to Transfer Venue filed by Defendant CandyRific, LLC, said Motion is GRANTED and all counts of Plaintiff's Complaint are dismissed.

_____ J.