UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR       :   CV-15-554
ADMISSION TO PRACTICE IN THIS COURT    :

## PETITION

I, Thomas Morgan Ward, Jr. hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     Stites & Harbison, PLLC

400 W. Market St., Ste 1800

Louisville, KY 40202

Office Telephone:   502-681-0406

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.
Kentucky Supreme Court  October 1989
U.S. District Court for the Western District of KY -- 1990
U.S. District Court for the Eastern District of KY -- 1990
U.S. Court of Appeals for the Sixth Circuit -- 1990

My attorney Identification number is: ____KY 83127_____

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

✗ SPECIAL ADMISSION:

GRANTED BY THE COURT [signature]    Date: 4/27/15