UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CANDYRIFIC, LLC, <br><br> **PLAINTIFF** <br><br> v. <br><br> DAVID JOSEPH CATANZARO, <br><br> **DEFENDANT.** | CIVIL ACTION NO. 3:15-CV-209-CRS |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff CandyRific, LLC, by and through counsel, and Defendant David Joseph Catanzaro respectfully move the Court for entry of the tendered order allowing defendant an extension of time, until and including June 15, 2015, for defendant to answer or otherwise respond to Plaintiff's Complaint. The requested extension is consistent with defendant's request, and plaintiff's agreement, that defendant have an additional thirty days beyond the time provided in Civil Rule 4(d)(3) to respond to the Complaint following defendant's waiver of service of summons. A proposed order granting the extension of time is submitted herewith.

Dated: April 2, 2015                                  Respectfully submitted,

/s/Joel T. Beres
T. Morgan Ward, Jr.
Joel T. Beres
David W. Nagle, Jr.
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Email: mward@stites.com
       jberes@stites.com
       dnagle@stites.com

COUNSEL FOR PLAINTIFF,
CANDYRIFIC, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2, 2015, I electronically filed this document through the ECF system, which will send a notice of electronic filing and I mailed this document and the notice of electronic filing to:

David J. Catanzaro
286 Upper Powderly Street
Carbondale, PA  18407

s/Joel T. Beres
T. Morgan Ward, Jr.
Joel T. Beres
David W. Nagle, Jr.
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:    (502) 587-3400
Email: mward@stites.com
       jberes@stites.com
       dnagle@stites.com

Counsel for Defendant, CandyRific, LLC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CANDYRIFIC, LLC,<br><br>**Plaintiff**<br><br>v.<br><br>DAVID JOSEPH CATANZARO,<br><br>**Defendant.** | CIVIL ACTION NO. 3:15-cv-209-CRS |

### ORDER EXTENDING TIME WITHIN WHICH DEFENDANT IS ALLOWED TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The Court, having considered the Joint Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Complaint, finds that the motion is well-taken and should be granted.

Accordingly, IT IS HEREBY ORDERED and DECREED that the Joint Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Complaint is granted, and the time within which Defendant shall have to respond to Plaintiff's Complaint is hereby extended up to and including June 15, 2015.

IT IS SO ORDERED.