### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID CATANZARO,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:15-0554** |
| : | |
| v : | **(JUDGE MANNION)** |
| : | |
| **CANDYRIFIC, LLC** *et al.* : | |
| **Defendants** : | |

### O R D E R

Presently before the court is plaintiff's first amended complaint (Doc. 10) along with exhibits. (Doc. 11). Based upon this filing the motion to dismiss, filed by defendant Candyrific, LLC, (Doc. 6), is **DISMISSED without prejudice**.

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated:   May 5, 2015**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-0554-02.wpd