UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CATANZARO, | : |
| | : |
| Plaintiff | : CIVIL ACTION NO. 3:15-0554 |
| | : |
| v | : |
| | : (JUDGE MANNION) |
| CANDYRIFIC, LLC et al. | : |
| Defendants | |

## O R D E R

On May 8, 2015 the plaintiff filed a first amended complaint. (Doc. 10). Presently before the court is plaintiff's second amended complaint (Doc. 13). The plaintiff is only allowed to amend his complaint once as a matter of law. Since the plaintiff failed to request leave of court to file the second amended complaint it is **STRICKEN from the record**. (Doc. 13).

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**Dated:   May 18, 2015**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-0554-03.wpd