IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CATANZARO<br><br>Plaintiff<br><br>v.<br><br>CANDYRIFIC, LLC, et al.<br><br>Defendant | CIVIL ACTION - LAW<br><br>No. 3:15-0554<br>(Judge Mannion)<br><br>(ELECTRONICALLY FILED) |

## ORDER

AND NOW, this 21st day of May, 2015, upon consideration of the Joint Motion Requesting Court Order Approving Agreement by Parties, IT IS HEREBY ORDERED THAT:

1. The claims stated by Plaintiff against Kmart Corporation, Target Corporation, Toys "R" Us, Inc., Wal-Mart Stores, Inc., Walgreen Co., and Does 1-50 are dismissed without prejudice;

2. Defendant, CandyRific, LLC shall file its response to Plaintiff's Amended Complaint on or before June 19, 2015.

BY THE COURT:

[signature]