IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID CATANZARO<br>Plaintiff<br><br>v.<br><br>CANDYRIFIC, LLC<br>Defendant | CIVIL ACTION<br><br>No. 3:15-0554<br>(Judge Mannion) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) (1), and by agreement of the parties who have appeared in the above-captioned action, Plaintiff voluntarily dismisses this action without prejudice.

/s/ David J. Catanzaro
David J. Catanzaro, Plaintiff

/s/ T. Morgan Ward, Jr.
T. Morgan Ward, Jr.

/s/ Erin A. Brennan
Erin A. Brennan
Counsel for Defendant
CandyRific, LLC

**FILED**
**SCRANTON**

JUN 1 0 2015

Per_____
DEPUTY CLERK

IT IS SO ORDERED:

_____
HON. MALACHY E. MANNION
United States District Court Judge